1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN PLACENCIA,                                          )          No. C 06-2516 JF (PR)
                                                                       )
                    Petitioner,                              )          ORDER TO SHOW CAUSE
                                                                       )
    vs.                                                         )
                                                                       )
                                                                       )
A.P. KANE, Warden,                                      )
                                                                       )
                    Respondent.                          )
_____)

18        Petitioner, a state prisoner proceeding <u>pro se</u>, filed a petition for a writ of habeas

19   corpus pursuant to 28 U.S.C. § 2254 challenging the Board of Prison Terms' ("Board")

20   failure to grant him parole.  Petitioner has paid the filing fee.  The Court orders

21   Respondent to show cause why the petition should not be granted.

22                                                  **STATEMENT**

23        In 1993, Petitioner was sentenced to sixteen years-to-life in state prison after his

24   second degree murder conviction in Los Angeles Superior Court.  Petitioner challenges

25   the Board of Prison Terms' ("Board's") failure to grant him parole after his September

26   27, 2004 parole suitability hearing.  Petitioner filed state habeas petitions in the state

27   superior court, appellate court and supreme court.  All of these petitions were denied as of

28   March 22, 2006.  Petitioner filed the instant federal habeas petition on April 11, 2006.

Order to Show Cause
P:\pro-se\sj.jf\hc.06\Palcencia516osc

**DISCUSSION**

A.      Standard of Review

This Court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a state court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2254(a); Rose v. Hodges, 423 U.S. 19, 21 (1975).

A district court shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto."  28 U.S.C. § 2243.

B.      Petitioner's Claim

As grounds for federal habeas relief, Petitioner alleges that the Board of Prison Terms illegally used [California] Penal Code section 3041(b) (the exception) to find Petitioner unsuitable for parole; the decision was arbitrary and capricious in direct violation of Petitioner's state and federal due process rights.  Petitioner contends that there is not a modicum of evidence that Petitioner is a current threat or risk to society or unsuitable for parole.  Liberally construed, Petitioner's allegations are sufficient to require a response.

**CONCLUSION**

1.      The Clerk shall serve by mail a copy of this order and the petition and all attachments thereto upon the Respondent and the Respondent's attorney, the Attorney General of the State of California.  The Clerk shall also serve a copy of this order on the Petitioner.

2.      Respondent shall file with the Court and serve on Petitioner, within **sixty days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted.  Respondent shall file with the answer and serve on Petitioner a copy of all portions of the state parole record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

Order to Show Cause
P:\pro-se\sj.jf\hc.06\Palcencia516osc

1    If Petitioner wishes to respond to the answer, he shall do so by filing a traverse

2 with the Court and serving it on Respondent within **thirty days** of his receipt of the

3 answer.

4    3.    Respondent may file a motion to dismiss on procedural grounds in lieu of

5 an answer, as set forth in the Advisory Committee Notes to  Rule 4 of the Rules

6 Governing Section 2254 Cases.  If Respondent files such a motion, Petitioner shall file

7 with the Court and serve on Respondent an opposition or statement of non-opposition

8 within **thirty days** of receipt of the motion, and Respondent shall file with the court and

9 serve on Petitioner a reply within **fifteen days** of receipt of any opposition.

10    4.    It is Petitioner's responsibility to prosecute this case.  Petitioner is reminded

11 that all communications with the Court must be served on respondent by mailing a true

12 copy of the document to Respondent's counsel.  Petitioner must keep the Court and all

13 parties informed of any change of address by filing a separate paper captioned "Notice of

14 Change of Address."  He must comply with the Court's orders in a timely fashion.

15 Failure to do so may result in the dismissal of this action for failure to prosecute pursuant

16 to Federal Rule of Civil Procedure 41(b).

17    IT IS SO ORDERED.

18 DATED:    9/30/06

19                                    JEREMY FOGEL
                                     United States District Judge

20

21

22

23

24

25

26

27

28

Order to Show Cause
P:\pro-se\sj.jf\hc.06\Palcencia516osc

1   A copy of this ruling was mailed to the following:

2

3   John Placencia
    CTF - Soledad
    P.O. Box 689
4   Soledad, CA  93960-0689

5

6   CA State Attorney General's Office
    455 Golden Gate Avenue
    Suite 11000
7   San Francisco, CA  94102-7004

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order to Show Cause
P:\pro-se\sj.jf\hc.06\Palcencia516osc