\*\*Original filed 1/10/07\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PLACENCIA, | No. C 06-2516 JF (PR) |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| A.P. KANE, Warden, | |
| Respondent. | |
| | (Docket No. 7) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the Board of Prison Terms' ("Board") failure to grant him parole. The Court ordered Respondent to show cause why the petition should not be granted. Respondent filed an answer addressing the merits of the petition. On December 14, 2006, Petitioner filed a motion for extension of time to file a traverse. The Court concludes that Petitioner has shown good cause for such extension. Accordingly, Petitioner's motion for extension of time (docket no. 7) is GRANTED. Petitioner shall file his traverse, and serve a copy on Respondent, **within thirty days** of the date of this order.

It is Petitioner's responsibility to prosecute this case. Petitioner is reminded that all communications with the Court must be served on Respondent by

1  mailing a true copy of the document to Respondent's counsel.   Petitioner must keep the
2  Court and all parties informed of any change of address by filing a separate paper
3  captioned "Notice of Change of Address."  Petitioner must comply with the Court's
4  orders in a timely fashion.  Failure to do so may result in the dismissal of this action for
5  failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

6    IT IS SO ORDERED.
7  DATED: __1/10/07__

    JEREMY FOGEL
8    United States District Judge

1  A copy of this ruling was mailed to the following:

2

3  John Placencia
   H-70449   GW-230U
   CTF - Soledad
4  P.O. Box 689
   Soledad, CA  93960-0689
5

6  Scott Mather
   CA State Attorney General's Office
7  455 Golden Gate Avenue
   Suite 11000
8  San Francisco, CA  94102-7004

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Petitioner's Motion for Extension of Time to File Traverse
P:\pro-se\sj.jf\hc.06\Palcencia516ext            3