NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN PLACENCIA, | ) | No. C 06-2516 JF (PR) |
| | ) | |
| Petitioner, | ) | ORDER GRANTING |
| | ) | PETITIONER'S REQUEST TO |
| vs. | ) | PROCESS APPEAL |
| | ) | |
| BEN CURRY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | (Docket No. 14) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the California Board of Prison Terms' decision denying parole. On February 19, 2008, the Court denied the instant petition on the merits and entered judgment in favor of Respondent. On March 12, 2008, Petitioner filed a notice of appeal and a request to process the appeal without a certificate of appealability. The court will GRANT Petitioner's request to process the appeal and waive a certificate of appealability.

**DISCUSSION**

Petitioner requests that the Court process his appeal and waive the certificate of appealability. Petitioner is correct that a certificate of appealability is not required in the instant habeas action because petitioner challenged the Board of Prison Terms' decision denying him parole. See Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005) (a state prisoner challenging

Order Granting Petitioner's Request to Process Appeal
P:\pro-se\sj.jf\hc.06\Placencia516coaden         1

1   the Board of Prison Terms' administrative decision to deny his request for parole does not need
2   to obtain a certificate of appealability).  Accordingly, Petitioner's request to process the appeal
3   (docket no. 14) is GRANTED.   The Clerk shall transmit the file, including a copy of this order,
4   to the Court of Appeals.
5         IT IS SO ORDERED.
6   DATED:  3/17/08

_____
JEREMY FOGEL
United States District Judge

Order Granting Petitioner's Request to Process Appeal
P:\pro-se\sj.jf\hc.06\Placencia516coaden            2