IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PLACENCIA ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> BEN CURRY, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | No. C 06-2516 JF (PR) <br><br> ORDER GRANTING PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL <br><br><br> (Docket No. 20) |

Petitioner, a California prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 19, 2008, the Court denied the petition on the merits and entered judgment. On March 12, 2008, Petitioner filed a notice of appeal. On April 18, 2008, Petitioner filed a motion for leave to proceed in forma pauperis on appeal. The Court concludes that Petitioner has shown good cause to proceed in forma pauperis on appeal. Petitioner's motion to proceed in forma pauperis on appeal (docket no. 20) is GRANTED. The Court will refer the assessment of the initial filing fee to the Court of Appeals pursuant to 28 U.S.C. § 1915(b)(1). The Clerk shall forward a copy of this order to the Court of Appeals.

IT IS SO ORDERED.

DATED: 4/25/08

_____
JEREMY FOGEL
United States District Judge

Order Granting Petitioner's Motion to Proceed in Forma Pauperis on Appeal
P:\pro-se\sj.jf\hc.06\Placencia516ifpapp           1